STATE OF NEW JERSEY v. JESSE COPELAND.

November 1, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. ARTHUR STEINMANN.

November 1, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. JANNELL GARLAND.

November 1, 1988.

Petition for certification denied.   (See 226 *N.J.Super.* 356)

STATE OF NEW JERSEY v. MICHAEL SCRUGGS.

November 1, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. DOUGLAS SMITH.

November 1, 1988.

Petition for certification denied.